AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Eastern District of United States

**FILED**
MAY 31 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

ANGELO DAVID MACIAS
      Plaintiff(s),
V.
GROUNDS
      Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:11-CV-03141-KJM-EFB

Notice is hereby given that, subject to approval by the court, **ANGELO DAVID MACIAS** substitutes
(Party(s) Name)

**ALLISON H. TING**, State Bar No. **164933** as counsel of record in
(Name of New Attorney)

place of **ANGELO DAVID MACIAS, in pro per**.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Law Office of Allison H. Ting
    Address: 1158 26th Street, # 609
    Telephone: (310) 826-4592    Facsimile (310) 826-4592
    E-Mail (Optional): ting164933@gmail.com

I consent to the above substitution.
Date: 5-28-12
    (Signature of Party(s))

I consent to being substituted.
Date: 5-28-12
    (Signature of Former Attorney(s))

I consent to the above substitution.
Date: 5-23-2012
    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: June 7, 2012
    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]