AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT



FILED

Eastern _____ **District of** _____ United States MAY **3 1** 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

ANGELO DAVID MACIAS

                    Plaintiff (s),

V.

GROUNDS

                    Defendant (s),

**CONSENT ORDER GRANTING**
**SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 2:11-CV-03141-KJM-EFB

Notice is hereby given that, subject to approval by the court, ANGELO DAVID MACIAS _____ substitutes

                                                                                                   (Party (s) Name)

ALLISON H. TING _____ , State Bar No. 164933 _____ as counsel of record in

                    (Name of New Attorney)

place of    ANGELO DAVID MACIAS, in pro per _____ .

                                   (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

|  |  |
|---|---|
| Firm Name: | Law Office of Allison H. Ting |
| Address: | 1158 26th Street, # 609 |
| Telephone: | (310) 826-4592          Facsimile  (310) 826-4592 |
| E-Mail (Optional): | ting164933@gmail.com |

I consent to the above substitution.

Date:    5-28-12 _____          _____
                                                          (Signature of Party (s))

I consent to being substituted.

Date:    5-28-12 _____          _____
                                                          (Signature of Former Attorney (s))

I consent to the above substitution.

Date:    5-23-2012 _____          _____
                                                          (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:         June 7, 2012 _____          _____
                                                                            Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**